Paul Ray and Douglas M. Ray, Appellees, v. Samuel Hasterlik et al., Appellants.

Gen. No. 41,287.

Heard in second division, first district, this court at June term, 1940; opinion filed July 1, 1941. Charles H. Borden, for appellants; Charles H. Borden and Paul F. Pomeroy, of counsel; Winston, Strawn & Shaw, for appellees; James H. Cartwright and Frank B. Gilmer, of counsel. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."